UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ORDER

The petitioner has filed a petition for a writ of habeas corpus seeking release from custody. The Court orders as follows:

1. The clerk of this court shall serve a copy of the petition and this Order on respondents and the United States Attorney for the District of Massachusetts.

2. Respondents shall answer or otherwise respond to the petition within 14 days of this order.

3. In order to give the Court time to consider the matter, unless otherwise ordered by the Court, the petitioner shall not be moved outside the District of Massachusetts without providing the Court 48 hours' advance notice of the move and the reason therefor. Any such 48−hour notice period shall commence at the date and time such notice is filed and expire 48 hours later, except "[i]f the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(2)(C).

Dated: 9/12/2025
Time: 3:22 P.M.

/s/ George A. OToole, Jr
United States District Judge