**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**Maria Elena Luna Velasquez,**

              Petitioner

            V.

                                     CIVIL ACTION

                                     NO.  1:25-12560-GAO

**Patricia Hyde et al.,**

              Respondents


**ORDER OF DISMISSAL**


O'TOOLE, D. J.


In accordance with the Court's ELECTRONIC ORDER (Dkt. No. 15) dated April 23, 2026, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                   By the Court,


4/23/2026                            /s/ Flaviana de Oliveira
Date                               Deputy Clerk